UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONN NOVELL TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>SF SHERIFFS CAPTAIN JACKSON, et al.,<br><br>    Defendants. | Case No. 18-cv-04857-JCS<br><br>**ORDER SETTING STATUS CONFERENCE** |

A status conference will be held in this case on **January 7, 2022 at 2:00 p.m.** to address the status of the settlement between Defendants and Mr. Taylor. Plaintiff's counsel, Ms. Yolanda Huang, and Defendants' counsel shall appear at the status conference. Counsel for the *Johnson* plaintiffs need not appear. A joint status report shall be filed in the *Taylor* case by January 5, 2022. If a dismissal has been filed by January 5, 2022 the status conference will be vacated.

**IT IS SO ORDERED.**

Dated: October 4, 2021

JOSEPH C. SPERO
Chief Magistrate Judge