1  DAVID CHIU, State Bar #189542
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  KAITLYN MURPHY, State Bar #293309
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:      (415) 554-3867
6  Facsimile:      (415) 554-3837
   E-Mail:         kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DIONN NOVELL TAYLOR, | Case No. 18-cv-04857 JCS |
|---|---|
| Plaintiff, | **STIPULATION FOR REQUEST FOR DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| SAN FRANCISCO COUNTY JAIL, S.F. UNDERSHERIFF VICKI HENNESSY, S.F. SHERIFFS CAPTAIN JACKSON, S.F. SHERIFFS SERGEANT MILLER, S.F. SHERIFFS SERGEANT DOLLY, | |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

A settlement agreeable to all parties has been reached in the above-mentioned matter and the settlement checks discussed during the Court's February 25, 2022 Case Management Conference have been provided via U.S. Mail. Plaintiff Dionn Taylor has confirmed receipt of his check. The parties respectfully request that this case be dismissed with prejudice.

Dated: March 18, 2022

> DAVID CHIU
> City Attorney
> MEREDITH B. OSBORN
> Chief Trial Deputy
> KAITLYN MURPHY
> Deputy City Attorney
>
> By: /s/ Kaitlyn Murphy
> KAITLYN MURPHY
>
> Attorneys for Defendants

Dated: March 18, 2022

> By: ** /s/ Yolanda Huang
> YOLANDA HUANG
>
> Attorney for Plaintiff
> DIONN NOVELL TAYLOR

**I, Kaitlyn Murphy, am the ECF user whose identification and password are used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these document(s) has been obtained from each of its signatories.

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: March 18, 2022

HONORABLE JOSEPH C. SPERO
United States Chief Magistrate Judge